USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                Plaintiff,

v.

COMERCIAL DE ALIMENTOS SANCHEZ S DE R LE DE C.V. *doing business as* COMERCIAL SANCHEZ,

                Defendant.

18-CV-8999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference and on consent of the parties, Plaintiff shall file an amended complaint attaching the credit agreement no later than May 19, 2020.  No later than June 19, 2020, Defendant shall file its answer to the amended complaint as well as a letter stating whether it withdraws any of the affirmative answers pled in its answer to the initial complaint, including those related to personal jurisdiction, venue, and service.  *See* Dkt. 21.

    In addition, Defendant's Federal Rule of Civil Procedure 12(c) motion is hereby denied without prejudice to renew the arguments contained therein in a motion for summary judgment after the close of discovery.  As discussed at today's conference, Defendant reserves the right to object to the scope of Plaintiff's discovery requests, including any discovery requests related to disgorgement of profits.  Plaintiff reserves the right to oppose any such objections.

    If the parties wish to memorialize any other matters discussed during today's conference, they shall file a joint letter regarding those matters no later than May 22, 2020.

SO ORDERED.

Dated:    May 15, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge