UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISTA FOOD EXCHANGE, INC.,<br><br>       Plaintiff,<br><br> -v-<br><br>COMERCIAL DE ALIMENTOS SANCHEZ S DE R L DE C.V., *doing business as* COMERCIAL SANCHEZ,<br><br>       Defendant. | CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 30, 2020, the Court entered the Amended Case Management Plan and Scheduling Order ("Scheduling Order") that set March 15, 2021 as the deadline for the close of expert discovery. (ECF No. 61). In accordance with the Scheduling Order, the parties were directed to file a joint letter certifying the completion of expert discovery ("Joint Status Letter") by Monday, March 22, 2021. (Id. at 4). The parties have not done so. Accordingly, the parties shall file the Joint Status Letter by **Monday, March 29, 2021**.

Dated:  New York, New York
     March 24, 2021            SO ORDERED

                        _____
                        SARAH L. CAVE
                        United States Magistrate Judge