UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISTA FOOD EXCHANGE, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>COMERCIAL DE ALIMENTOS SANCHEZ S<br>DE R L DE C.V., *doing business as* COMERCIAL<br>SANCHEZ,<br><br>                    Defendant. | CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, April 1, 2021, the Court orders as follows:

1. Discovery in this action closed on March 15, 2021. (ECF No. 61). Neither party timely requested an extension of the discovery deadline. Accordingly, discovery remains closed, with the following, limited exception: pursuant to the Court's December 28, 2020 discovery Order (ECF No. 72), Plaintiff Vista Food Exchange, Inc. ("Vista") shall produce the following to Defendant COMERCIAL DE ALIMENTOS SANCHEZ S DE R L DE C.V. ("Sanchez") by **Thursday, April 15, 2021:**

    a. Documents showing Vista's acceptance of cash payments from Sanchez, in particular, a list of 20 transactions in 2013 (the "2013 Transactions");

    b. Vista is ordered to provide an affidavit from Vista's corporate representative regarding (i) Vista's litigation hold and its search of records relating to the Transactions in 2015, and (ii) the nature, scope, and results of Vista's search for

       internal communications regarding its employee Eduardo Andujo Rascon's ("Rascon") termination.

    c. Vista is ordered to provide responses to revised Interrogatories Nos. 16 and 20.

2. The parties shall file a joint letter by **Friday, April 16, 2021** certifying compliance with this Order.

Dated:    New York, New York  
            April 1, 2021                    SO ORDERED

                                                    SARAH L. CAVE  
                                                    United States Magistrate Judge