USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                  Plaintiff,

          v.

COMERCIAL DE ALIMENTOS SANCHEZ
S DE R LE DE C.V. *doing business as*
COMERCIAL SANCHEZ,

                  Defendant.

18-CV-8999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that discovery has closed in this matter. The Court shall conduct a post-discovery conference on May 10, 2021 at 2:30 pm. By no later than May 3, 2021, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    April 28, 2021
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge