UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                Plaintiff,

        v.

COMERCIAL DE ALIMENTOS SANCHEZ S DE R LE DE C.V. *doing business as* COMERCIAL SANCHEZ,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/24/2021

18-CV-8999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that the parties were unable to reach a settlement at the June 9, 2021 settlement conference. By no later than July 1, 2021, the parties shall file submit a letter updating the Court on the status of this case, which includes a proposed briefing schedule for any motions.

SO ORDERED.

Dated:    June 24, 2021
           New York, New York

_____
RONNIE ABRAMS
United States District Judge