UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISTA FOOD EXCHANGE, INC.,<br><br>                        Plaintiff,<br><br>  -v-<br><br>COMERCIAL DE ALIMENTOS SANCHEZ S DE R L DE C.V., *doing business as* COMERCIAL SANCHEZ,<br><br>                        Defendant. | CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter-motion to reopen limited topic discovery (ECF No. 120 (the "Motion")). Defendant is ORDERED to file a response by **Wednesday, August 27, 2025**. Plaintiff is ORDERED to file any reply by **Wednesday, September 3, 2025**.

A telephonic conference is scheduled for **Thursday, September 11, 2025 at 11:00 a.m. EST** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time and shall be prepared to discuss their positions on the Motion.

Dated:    New York, New York
            August 14, 2025

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge