

# JONATHAN C. SCOTT P.C.

September 4, 2025

*Via email to Abrams_NYSDChambers@nysd.uscourts.gov*
*And VIA ECF*

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Vista Food Exchange, Inc. v. Comercial De Alimentos Sanchez S De R L De C.V.*
             Case No. 1:18-cv-08999-RA-SLC
             United States District Court for the Southern District of New York

Dear Judge Abrams,

We are Counsel for Vista Food Exchange, Inc. In light of the extension of time granted to Sanchez to respond (Docket Number 126), we thought your Honor might want to set a new date for Vista's reply and to reschedule the status conference to give the Court time to review those submissions.

Thank you,

Respectfully submitted,

JONATHAN C. SCOTT, P.C.

*/s/ Jonathan C. Scott*
Jonathan C. Scott

2200 Ross Ave
Suite 4900W
Dallas, Texas 75201
(214) 999-2901

---

The Court is in receipt of Plaintiff's letter-motion at ECF No. 127 requesting an adjournment of the conference schedule on September 11, 2025.  The request is DENIED and the conference shall remain scheduled on **Thursday, September 11, 2025 at 11:00 a.m. EST.**  For clarification, Defendant's response to Plaintiff's request for additional discovery (ECF No. 120) is due on **Monday, September 8, 2025.**  Any reply is due on **Wednesday, September 10, 2025.**

SO ORDERED   9/4/25   *Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge