UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISTA FOOD EXCHANGE, INC.,<br><br>                              Plaintiff,<br><br> -v-<br><br>COMERCIAL DE ALIMENTOS SANCHEZ S<br>DE R L DE C.V., *doing business as* COMERCIAL<br>SANCHEZ,<br><br>                              Defendant. | CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference today, October 6, 2025, the Court ORDERS the parties to file a joint letter by **Wednesday, October 15, 2025** informing the Court of the date and status of inspection by Plaintiff's counsel of the documents identified in Dkt. No. 140.

Dated:   New York, New York
         October 6, 2025

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge