

# JONATHAN C. SCOTT P.C.

January 26, 2026

<u>VIA ECF</u>

Honorable Judge Sarah L. Cave
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *Vista Food Exchange, Inc. v. Comerc*
>        SDNY, Docket No. 1:18-cv-08999

Dear Judge Cave,

---

The Court is in receipt of Plaintiff's motion to adjourn the conference on January 30, 2026 (Dkt. No. 158) and Defendant's letter in response (Dkt. No. 159).  Plaintiff's request is GRANTED and the in-person conference on January 30, 2026 is ADJOURNED to **Wednesday, February 25, 2026 at 10:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, NY 10007.

The clerk of the Court is respectfully directed to close Dkt. No. 158.

SO ORDERED   1/27/26

SARAH L. CAVE
United States Magistrate Judge

---

We write on behalf of Vista Food Exchange, Inc. ("Vista") in the above-referenced matter to respectfully request an adjournment of the in-person conference currently scheduled for Friday, January 30, 2026. *(ECF 155)* Vista proposes rescheduling the conference to a date during the week of February 23, 2026, or, if the Court is unavailable, during the week of March 2, 2026. We have not yet heard back from counsel for Comercial de Alimentos Sanchez S DE R L DE C.V. ("Sanchez") as to consent but considering timing of the hearing and travel constraints, it was necessary to file this request without awaiting their position.

This request is made in good faith and for the following reasons:

1.  Sanchez's Recent Submission (ECF 157): On January 25, 2026, Plaintiff received Sanchez's submission, which totals approximately 225 pages, and includes new materials not previously produced in discovery or filed with the Court. *(ECF 157)*

2.  Language of Exhibits: A substantial portion of Sanchez's exhibits are in Spanish, and no official English translations have not been provided, which hinders Plaintiff's ability to evaluate and prepare for the hearing.

3.   New Counsel Involvement:  Lead counsel, Jonathan C. Scott, Esq., seeks to collaborate closely with Pamela Rosario, Esq., Of Counsel to our firm, who has recently joined the matter. She will need time to meaningfully review the file and Sanchez's recent submission.

4.   Concurrent Case: Mr. Scott is also lead counsel in an unrelated case pending before Hon. District Judge Carter, in which a court-ordered Order to Show Cause submission is due on February 20, 2026, necessitating more time to properly prepare for the hearing in this case.

5.   Timing Parity: Sanchez was afforded approximately three weeks to prepare its status report and submission, and Vista respectfully seek parity in preparation time for the hearing.

6.   Expert Consultation: Vista also requires time to confer with its expert, Gerald LaPorte, regarding Sanchez's filing and to coordinate his availability for consultation in advance of the conference.

7.   Weather Disruption: While not the primary basis for the request, we note that ongoing severe winter weather has resulted in thousands of flight cancellations this week in cities including Dallas, New York, and Boston, complicating travel and coordination amongst counsel.

Importantly, this request seeks solely to reset the date of the scheduled conference. We do not seek leave to file a reply brief. Our goal is to be adequately prepared to address these matters fully before the Court.

Thank you for the Court's consideration of this request.

Respectfully submitted,

JONATHAN C. SCOTT, P.C.

/s/ Jonathan C. Scott
Jonathan C. Scott (JCS 0813)

*cc: Counsel for Sanchez via ECF*