

## JONATHAN C. SCOTT P.C.

February 19, 2026

| Plaintiff's request at Dkt. No. 161 is GRANTED and the reference to search results and documents in Vista Appendix tab 3 at Dkt. No. 152-1 are WITHDRAWN. |
| The Clerk of the Court is respectfully directed to close Dkt. No. 161. |
| SO ORDERED   2/20/26 |
| SARAH L. CAVE |
| United States Magistrate Judge |

VIA ECF

Honorable Judge Sarah L. Cave
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007-1312

Re:    *Vista Food Exchange, Inc. v. Comercial de Alimentos Sanchez S DE R L DE C.V.*
       SDNY, Docket No. 1:18-cv-08999,
       Amendment to Vista's Status Report (ECF 152)

Dear Judge Cave,

We write on behalf of Vista Food Exchange, Inc. ("Vista").

Vista respectfully requests leave to amend its Status Report (ECF 152) to withdraw the reference to the search results and the documents in Vista Appendix tab 3. It is found at ECF 152-1, pages 49-105.

The reason for this request is that the Mexican Tax agency has two different portals, and Mr. Lopez inadvertently selected the wrong one.

Vista and its counsel apologize for this mistake.

This does not change the fact that Sanchez did not produce for inspection the original and native invoices or filed import-export documents referred to in the Sortillion declaration.

Thank you for the Court's consideration of this submission.

Jonathan C. Scott P.C.
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
(214) 999-2901

Respectfully submitted,

JONATHAN C. SCOTT, P.C.

/s/ Jonathan C. Scott
Jonathan C. Scott (JCS 0813)

*cc: Counsel for Sanchez via ECF*