UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                    Plaintiff,

    -v-

COMERCIAL DE ALIMENTOS SANCHEZ S
DE R L DE C.V., *doing business as* COMERCIAL
SANCHEZ,

                   Defendant.

CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed during the telephonic discovery conference held today, February 25, 2026 (the "Conference"), the Court ORDERS as follows:

1. Plaintiff shall file its motion for leave to amend the complaint by **Friday, March 13, 2026**.

2. A telephonic discovery conference is scheduled for **Friday, March 27, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

3. Before the conference on March 27, 2026, Defense counsel shall investigate the following (and if possible, share information with Plaintiff's counsel concerning the same):

    a. the process by which the Copia Spreadsheet, discussed during the Conference, was created, including the source of the information that appears in the Copia Spreadsheet, who created it, when it was created, and how it was updated and maintained in the ordinary course of Defendant's business;

b. Defendant's process for receiving and processing payment invoices received from U.S. suppliers such as Plaintiff, including the process by which such invoices were marked "Pagado" (or "Paid"); and

c. whether Defendant possesses any additional SADER import certificates (see Dkt. No. 157 at 3–4) or supporting documentation Defendant provided to its Customs Broker, Mr. Sortillon.

4. The parties shall request a copy of the transcript of the Conference using the annexed form.

Dated:     New York, New York
           February 25, 2026          SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|