UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                  Plaintiff,

   -v-

COMERCIAL DE ALIMENTOS SANCHEZ S
DE R L DE C.V., *doing business as* COMERCIAL
SANCHEZ,

                  Defendant.

CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of: (1) Plaintiff's motion for leave to file a Second Amended Complaint (Dkt. No. 166 (the "MTA")); (2) Plaintiff's letter requesting leave to file the memorandum of law in support of the MTA at Dkt. No. 170 and withdraw the filings at Dkt. Nos. 167–69 (Dkt. No. 171); and (3) the parties' letter requesting an extension of the deadlines to file an opposition and reply to the MTA (Dkt. No. 174). The Court GRANTS Plaintiff's request to file the memorandum of law at Dkt. No. 170 and withdraw the filings at Dkt. Nos. 167–69. The Court also GRANTS the parties' request to extend the deadlines to file an opposition and reply to the MTA. Accordingly, Defendant shall file its opposition to the MTA by **Thursday, April 2, 2026** and Plaintiff shall file a reply, if any, by **Thursday, April 16, 2026**.

The Clerk of the Court is respectfully directed to close Dkt. Nos. 171 and 174 and strike Dkt. Nos. 167–69 from the docket.

Dated:     New York, New York
           March 26, 2026

                                   SO ORDERED

                                   SARAH L. CAVE
                                   United States Magistrate Judge