UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                              Plaintiff,

          -v-                                                  CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)

COMERCIAL DE ALIMENTOS SANCHEZ S                               **ORDER**
DE R L DE C.V., *doing business as* COMERCIAL
SANCHEZ,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed Plaintiff's motion for leave to file a Second Amended Complaint

("SAC").  (Dkt. No. 166 (the "MTA")).  The Court notes that Plaintiff did not submit a red-line

version of the SAC demonstrating the proposed amendments as an exhibit to the MTA.

Accordingly, by **Tuesday, April 14, 2026**, Plaintiff is ORDERED to file a red-line version of the SAC.


Dated:        New York, New York
              April 7, 2026                      SO ORDERED

                                                 SARAH L. CAVE
                                                 United States Magistrate Judge