UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                Plaintiff,

    -v-

COMERCIAL DE ALIMENTOS SANCHEZ S
DE R L DE C.V., *doing business as* COMERCIAL
SANCHEZ,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed during the telephonic discovery conference held today, April 13, 2026 (the "Conference"), the Court ORDERS as follows:

1. By **Wednesday, April 15, 2026**, Defendant shall respond to Plaintiff's motion to compel discovery (Dkt. No. 180).

2. By **Thursday, April 16, 2026**, Defendant shall address with Plaintiff, in writing, the three points raised in the Court's February 25, 2026 Post-Conference Order. (See Dkt. No. 165). The parties shall then meet and confer on whether that information needs to be admissible at trial, and if so, what form it shall take to be admissible.

3. By **Thursday, April 16, 2026**, the parties shall request a copy of the transcript of the Conference using the annexed form.

Dated:      New York, New York
           April 13, 2026          SO ORDERED

SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|