UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC.,

                          Plaintiff,

     -v-                                              CIVIL ACTION NO.: 18 Civ. 8999 (RA) (SLC)

COMERCIAL DE ALIMENTOS SANCHEZ S DE R L DE           **ORDER**
C.V. d/b/a COMERCIAL SANCHEZ,

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' filing at Dkt. No. 186.  Pursuant to the Court's Opinion & Order at Dkt. No. 185, the parties were directed to file a joint status report on the three points raised in the Court's February 25, 2026 Post-Conference Order.  (See Dkt. No. 165 (the "PCO")). The supposed status report filed by the parties provides the Court with no comprehensible answer or update as to those three points.  Accordingly, the filing at Dkt. No. 186 is STRICKEN as inadequate and argumentative.

By **Wednesday, May 13, 2026**, Defendant is directed to file a letter, not to exceed 750 words, regarding the three points raised in the PCO.

Dated:      New York, New York
            May 8, 2026

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**